1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
UNITED STATES OF AMERICA,                   )
9                                           )   No. CR 3-12-70185 MEJ
                        Plaintiff,          )
10                                          )   [PROPOSED] ORDER FOR
 v.                                         )   TREATMENT REGARDING
11                                          )   COMPETENCY EXAMINATION (18
 TUAN NGUYEN,                               )   U.S.C. § 4241(d))
12                                          )
                        Defendant.          )
13  _____)

14        FOR GOOD CAUSE APPEARING, and having found that Mr. Tuan Nguyen, the

15  defendant in the above-captioned matter, is presently suffering from a mental disease or defect

16  rendering him mentally incompetent to the extent that he is unable to understand the nature and

17  consequences of the proceedings against him and to assist properly in his defense, IT IS HEREBY

18  ORDERED pursuant to 18 U.S.C. § 4241(d) that Mr. Nguyen be committed to the custody of the

19  Attorney General, where he shall be hospitalized for treatment aimed at restoring his competency in

20  a suitable facility for a period not to exceed four months.

21        IT IS FURTHER ORDERED that a supplemental evaluation of Mr. Nguyen be

22  conducted by a licensed or certified psychiatrist and/or psychologist in order to determine pursuant

23  to 18 U.S.C. § 4241(d) whether there is a substantial probability that in the foreseeable future he will

24  attain the capacity to permit the proceedings to go forward.

25        IT IS FURTHER ORDERED that the examining psychiatrist(s) and/or psychologist(s)

26  prepare a supplemental report addressing the results of this treatment and evaluation to be filed with

- 1 -

1   the Court no later than November 30, 2012, unless otherwise directed by the Court.

2       IT IS SO ORDERED.

3

4   DATED:   July 30, 2012   _____

                             MARIA ELENA JAMES
5                            Chief United States Magistrate Judge

6

7   Approved as to form:

8
    ____/s/_____
9   Elise Becker
    Assistant United States Attorney
10

11  ____/s/_____
    Daniel P. Blank
12  Assistant Federal Public Defender
    Counsel for Tuan Nguyen
13

14

15

16

17

18

19

20

21

22

23

24

25

26