MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ELISE BECKER  (NYBN 2540730)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: elise.becker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 3-12-70185 MEJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | JOINT REQUEST FOR ADDITIONAL |
| v. | ) | EVALUATION AND [PROPOSED] |
| | ) | ORDER |
| TUAN NGUYEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to 18 U.S.C. §§ 4241(d) and 4246, the parties respectfully submit this joint request

for a dangerousness examination to be conducted in this case.

The Forensic Evaluation submitted by the Federal Medical Center at Butner (FMC-Butner)

signed February 7, 2013, found the defendant incompetent to proceed to trial and "not

substantially likely to achieve competency in the foreseeable future." (Evaluation at 11)

Therefore, the defendant is now subject to the provisions of 18 U.S.C. § 4246.

///

///

///

JOINT REQUEST FOR ADDITIONAL EVALUATION AND ORDER
CR 3-12-70185 MEJ

1   Accordingly, the parties request that the Court order that the dangerousness examination be

2   completed pursuant to 18 U.S.C. § 4247(b).

3

4   DATED: March 18, 2013                    Respectfully submitted,

5                                            MELINDA HAAG
                                             United States Attorney
6
                                                /s/
7                                            _____
                                             Elise Becker
8                                            Assistant United States Attorney

9

10                                              /s/
                                             _____
11                                           Daniel Blank
                                             Attorney for defendant Tuan Nguyen
12

13  SO ORDERED.

14

15  DATED:   March 19, 2013

16                                           _____
                                             HONORABLE MARIA-ELENA JAMES
17                                           United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

JOINT REQUEST FOR ADDITIONAL EVALUATION AND ORDER
CR 3-12-70185 MEJ                        -2-